UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IVAN HART,

                Plaintiff,                Case no. 12-14281

v.

                                        HON. JOHN CORBETT O'MEARA.

DANIEL HEYNS, et al.,

                Defendants.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

The court having reviewed Magistrate Judge Mark A. Randon's March 7, 2013 Report

and Recommendation, as well as Plaintiff's March 22, 2013 Objection, and having considered

the entire record;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.


                        s/John Corbett O'Meara
                        United States District Judge

Date:  May 31, 2013


I hereby certify that a copy of the foregoing document was served upon the parties of
record on this date, May 31, 2013, using the ECF system and/or ordinary mail.


                        s/William Barkholz
                        Case Manager